```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
             Plaintiff,              :
                                     :   ORDER
        - v -                        :
                                     :   08 Civ. 5505 (LAP)
FUNDS ON DEPOSIT IN ANY AND ALL U.S. :
INTERBANK ACCOUNTS MAINTAINED AT     :
BANK OF AMERICA BY THE BANK OF       :
NEVIS INTERNATIONAL, FEDERATION OF   :
ST. KITTS & NEVIS, UP TO AND INCLUDING :
THE AMOUNT OF $6,900,000.00,         :
REPRESENTING FUNDS DEPOSITED INTO    :
THE BANK OF NEVIS IN THE NAME OF     :
MILLENNIUM FINANCIAL, LTD.,          :
                                     :
             Defendant in rem.       :
                                     :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

IT IS HEREBY ORDERED THAT:

1.   The verified complaint shall be filed under seal.

2.   The publicly filed version of the verified complaint shall contain redactions for bank account information in accordance with Federal Rule of Civil Procedure 5.2.

Dated:   New York, New York
         June 24, 2008

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE