UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

FUNDS ON DEPOSIT IN ANY AND ALL U.S.
INTERBANK ACCOUNTS MAINTAINED AT
BANK OF AMERICA BY THE BANK OF NEVIS
INTERNATIONAL, FEDERATION OF ST. KITTS &
NEVIS, UP TO AND INCLUDING THE AMOUNT
OF $6,900,000.00, REPRESENTING FUNDS
DEPOSITED INTO THE BANK OF NEVIS IN THE
NAME OF MILLENNIUM FINANCIAL, LTD.,

          Defendant *in rem*.

No. 08 Civ. 5505 (LAP)

<u>Rule 7.1 Statement</u>

---

      Pursuant to Fed. R. Civ. P. 7.1(a), claimant Bank of Nevis International, by its attorneys of record, certifies that (i) it is a wholly-owned subsidiary of Bank of Nevis Limited; and that (ii) no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
            July 30, 2008

                              LEVI LUBARSKY & FEIGENBAUM LLP

                              By: _/s/ Steven B. Feigenbaum_
                                  Steven B. Feigenbaum
                              1185 Avenue of the Americas, 17th Floor
                              New York, New York 10036
                              (212) 308-6100
                              Attorneys for Claimant Bank of Nevis International