UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                                    No. 08 Civ. 5505 (LAP)

                            Plaintiff,

               v.

FUNDS ON DEPOSIT IN ANY AND ALL U.S.
INTERBANK ACCOUNTS MAINTAINED AT
BANK OF AMERICA BY THE BANK OF NEVIS
INTERNATIONAL, FEDERATION OF ST. KITTS &
NEVIS, UP TO AND INCLUDING THE AMOUNT
OF $6,900,000.00, REPRESENTING FUNDS
DEPOSITED INTO THE BANK OF NEVIS IN THE
NAME OF MILLENNIUM FINANCIAL, LTD.,

                            Defendant *in rem*.
_____

## CERTIFICATE OF SERVICE

               The undersigned hereby certifies that on December 10, 2008 a copy of the

foregoing Answer of the Bank of Nevis Ltd. was served upon the following by first class mail,

postage prepaid:

Anna E. Arreola, Esq.
Assistant United States Attorney
Office of the United States Attorney
  Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Dated: New York, New York
         December 10, 2008

                                        ____s/Walter E. Swearingen____
                                            Walter E. Swearingen