UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
UNITED STATES OF AMERICA,          :    08 civ. 5505 (LAP)
                                   :
              Plaintiff,           :         ORDER
                                   :
       v.                          :
                                   :
FUNDS ON DEPOSIT IN ANY AND ALL    :
U.S. INTERBANK ACCOUNTS MAINTAINED :
AT BANK OF AMERICA BY THE BANK OF  :
NEVIS INTERNATIONAL, FEDERATION    :
OF ST. KITTS & NEVIS UP TO AND     :
INCLUDING THE AMOUNT OF            :
$ 6,900,000.00 REPRESENTING FUNDS  :
DEPOSITED INTO THE BANK OF NEVIS   :
IN THE NAME OF MILLENNIUM          :
FINANCIAL, LTD.,                   :
                                   :
              Defendant.           :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/09_

LORETTA A. PRESKA, United States District Judge:

        The parties, including Bank of Nevis International and

Bank of Nevis Ltd., shall confer and update the Court by

letter no later than February 1, 2009 as to the status of

this action and the proceedings in the Nevis courts.

Additionally, the parties shall provide their best estimation as to whether the disposition of the Nevis proceedings will resolve any potential motions in this action.

Dated:     New York, New York

January 7, 2009

LORETTA A. PRESKA, U.S.D.J.